CAPITOL REFRIGERATOR COMPANY, INC., PLAINTIFF-APPELLANT, v. EDWARD SCHMIDT, DEFENDANT-RESPONDENT.

Argued October 24, 1938—Decided January 13, 1939.

For the plaintiff-appellant, *Charles J. Falcey.*

For the defendant-respondent, *George McElroy* and *Sam Weiss.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in an opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.